**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| MORGAN OCHSNER, | * | CIVIL ACTION NO. 6:15-cv-2177 |
| PLAINTIFF, | * | |
| | * | |
| v. | * | |
| | * | COMPLAINT |
| NAVIENT SOLUTIONS, INC., | * | |
| DEFENDANT | * | |

Plaintiff, MORGAN OCHSNER ("Plaintiff"), through his attorneys, alleges the following against NAVIENT SOLUTIONS, INC. ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Telephone Consumer Protection Act, 28 U.S.C. § 227 *et seq.* (TCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 28 U.S.C. § 1331.

3. Defendant conducts business in the state of Louisiana; therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Lafayette, Lafayette Parish, Louisiana.

6. Defendant is a business entity with a principal place of business located in Reston, Virginia.

7. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

8. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

9. Defendant constantly and continuously places collection telephone calls to Plaintiff at telephone number 337-207-88XX.

10. Defendant places collection calls from telephone numbers, including, but not limited to, 866-963-1599.

11. Based upon the timing and frequency of Defendant's calls and per its prior business practices, each of these collection calls were placed using an automatic telephone dialing system.

12. Defendant places one (1) to seven (7) calls to Plaintiff's cellular telephone on a daily basis.

13. On or around May 21, 2014, Plaintiff spoke to Defendant's representative, "Jackie."

14. In the course of the telephone conversation on or around May 21, 2014, Plaintiff requested that Defendant cease placing collection calls to Plaintiff's cellular phone.

15. Plaintiff revoked any consent, express or implied, to receive automated phone calls from Defendant in the telephone conversation on or around May 21, 2014.

16. Despite Plaintiff's request to cease, Defendant at least two hundred and fifty-one (251) automated calls to Plaintiff's cellular phone.

## COUNT I

## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTIONS ACT

17. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

18. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful

violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

Wherefore, Plaintiff, MORGAN OCHSNER, respectfully requests judgment be entered against Defendant, NAVIENT SOLUTIONS, INC., for the following:

19. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

20. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

21. All court costs, witness fees and other fees incurred; and

22. Any other relief that this Honorable Court deems appropriate.

                                             RESPECTFULLY SUBMITTED,

Dated: <u>August 12, 2015</u>        By: <u>/s/ Avery Lea Griffin</u>
                                              Avery Lea Griffin
                                              81306 Robinson Road
                                              Folsom, La 70437
                                              Tel: 504-451-6550
                                              Fax: 866-409-7533
                                              agriffin@hg-e.com
                                              Attorney for Plaintiff,
                                              MORGAN OCHSNER

**<u>VERIFICATION OF COMPLAINT AND CERTIFICATION</u>**