## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MORGAN OCHSNER,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC.<br><br>Defendants. | **Civil Action No.:** 6:15-cv-02177-DDD-CBW |

## STIPULATION OF DISMISSAL OF
## COUNTERCLAIM WITHOUT PREJUDICE

NOW COMES, Defendant and Counterclaim Plaintiff, Navient Solutions, LLC ("NSL"), and pursuant to Rule 41(a)(1)(A)(ii) hereby respectfully moves this Court to dismiss the counterclaim (Doc. 41) without prejudice.  Plaintiff and Counterclaim Defendant, Morgan Ochsner, joins and stipulates to this request.

WHEREFORE, NSL hereby requests that this Honorable Court issue an order dismissing the counterclaim without prejudice, denying the pending Motion to Dismiss Counterclaim (Doc. 46) as moot and terminating this matter.

Dated: February 21, 2017.

Respectfully submitted,

*/s/ Adam T. Hill*  /s/ Brian D. Roth
Adam T. Hill  (*pro hac vice*)  Brian D. Roth (LA #22148)
Krohn & Moss, Ltd.  Sessions Fishman Nathan & Israel, LLC
10 N. Dearborn St., 3rd Fl.  3850 North Causeway Boulevard
Chicago, Il 60602  Metairie, LA 70002
Telephone No.: (312) 578-9428  Telephone No.: (504) 828-3700
Email:  ahill@consumerlawcenter.com  Email:  broth@sessions.legal
Attorneys for Defendant,
Navient Solutions, LLC

Harold Wheelahan (LA #12381)
4822 Parker Street
Metairie, LA 70001
Email:  wheelahanh@gmail.com
Attorneys for Plaintiff,
Morgan Ochsner

2